UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN TAYLOR,

**Plaintiff,**

v.                                                                      Civil No. 06-6283-HO

KEIZER POLICE DEPARTMENT, et al.,

**Defendants.**

# JUDGMENT

Plaintiff's first claim for relief is dismissed with prejudice. Plaintiff's remaining claims are remanded to the Circuit Court of the State of Oregon for Marion County. This action is dismissed.

Dated: October 18, 2007

Sheryl S. McConnell, Clerk

s/ S. Nogelmeier
by
  S. Nogelmeier, Deputy Clerk

**JUDGMENT**                                                **DOCUMENT NO:** _____